# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RENE FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. SUMAYA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00853 LJO -WMW-PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 12) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the August 11, 2008, first amended complaint. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against Defendants Sumaya, Juarez, Miller and Bell for violations of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

　　　　R. SUMAYA

　　　　R. JUAREZ

　　　　B. BELL

　　　　R. L. MILLER

2. The Clerk of the Court shall send Plaintiff four USM-285 forms, four summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1

amended complaint filed August 11, 2008.

///

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five copies of the endorsed amended complaint filed August 11, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **May 20, 2009**                  /s/ **William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE